UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOHN LEE PUGH,**

    Petitioner,

v.                                                        Case No. 5:21-cv-151-TKW-MJF

**RICKY D. DIXON**

    Respondent.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (R&R) (Doc. 16) and Petitioner's objection (Doc. 17). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

The objection challenges the sufficiency of the evidence against him, which was noa a claim raised in the petition. Even if that issue was properly exhausted and not otherwise procedurally barred, Petitioner effectively waived the issue by not raising it in the petition.

With respect to the claims that were raised in the petition, the objection does not challenge any of the magistrate judge's rulings, and the Court agrees with the magistrate judge's determinations that no evidentiary hearing is required for the

disposition of this matter; that Petitioner is not entitled to habeas relief; and that a certificate of appealability is not warranted. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus challenging the judgment of conviction and sentence in *State of Florida v. John Lee Pugh*, Escambia County Circuit Court Case No. 2010-CF-5852, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 25th day of July, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**